# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MDSP TECHNOLOGIES LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                     Defendant. | Case No. 6:23-CV-00254-ADA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii), Plaintiff MDSP Technologies LLC ("Plaintiff") and Defendant Apple Inc. ("Defendant") stipulate and agree to dismissal of this action with prejudice, with all attorneys' fees, costs, and expenses to be borne by the party incurring the same.

Dated: August 21, 2023

Respectfully submitted,

/s/ Sanford E. Warren, Jr.

Sanford E. Warren, Jr. (Lead Attorney)
State Bar No. 20888690
**WARREN RHOADES LLP**
2909 Turner Warnell Road, Suite 131
Arlington, Texas 76001
Telephone: (972) 550-2955
Facsimile: (469) 422-0091
swarren@wriplaw.com

R. Scott Rhoades
State Bar No. 90001757
**WARREN RHOADES LLP**
2909 Turner Warnell Road, Suite 131
Arlington, Texas 76001
Telephone: (972) 550-2997

/s/ Steven J. Wingard

Steven J. Wingard
Texas Bar No. 00788694
Stephen L. Burbank
Texas Bar No. 24109672
Robert P. Earle
Texas Bar No. 24124566
**SCOTT, DOUGLASS & McCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300—Telephone
(512) 495-6399—Facsimile
swingard@scottdoug.com
sburbank@scottdoug.com

<div style="display: flex;">

Facsimile: (469) 422-0091  
srhoades@wriplaw.com

**ATTORNEYS FOR PLAINTIFF**

</div>

rearle@scottdoug.com

Garland Stephens  
Texas Bar No. 24053910  
Anna Dwyer (*admitted pro hac vice*)  
**BLUE PEAK LAW GROUP LLP**  
3139 W. Holcombe Blvd, PMB 8160  
Houston, TX 77025  
(832) 387-7696—Telephone  
garland@bluepeak.law  
anna@bluepeak.law

Jeff C. Risher (*admitted pro hac vice*)  
Kate S Falkenstien (*admitted pro hac vice*)  
Robert Stephen Magee (*admitted pro hac vice*)  
**BLUE PEAK LAW GROUP LLP**  
3790 El Camino Real, Pmb 846  
Palo Alto, CA 94306  
281-972-3036  
jeff@bluepeak.law  
kate@bluepeak.law  
robert@bluepeak.law

*ATTORNEYS FOR DEFENDANT APPLE INC.*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on August 21, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Sanford E. Warren, Jr.*
Sanford E. Warren, Jr.